# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

KEITH THOMAS,

       Petitioner,

v.

MARCUS POLLARD,[1] Warden, *et al.*,

       Respondents.

Case No.: 20cv0445 BAS (JLB)

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND WITH LEAVE TO AMEND**

  Petitioner Keith Thomas, a state prisoner proceeding pro se, filed an Application for Leave to File Second or Successive Petition Under 28 U.S.C. § 2254 in the Ninth Circuit Court of Appeals on January 7, 2020. (ECF No. 1.) On March 9, 2020, the Ninth Circuit denied the Application as unnecessary and transferred the case to this Court. (ECF No. 1-2 at 2.) Petitioner challenges the state courts' denial of his request for resentencing pursuant to California Penal Code § 1170.126. (ECF No. 1 at 14.) He also claims counsel was ineffective. (*Id.* at 15.)

---

[1] Plaintiff named as Respondent "Warden John Doe." A writ of habeas corpus acts upon the custodian of the state prisoner. *See* 28 U.S.C. § 2242; Rule 2(a), 28 U.S.C. foll. § 2254. Marcus Pollard is the current warden of R.J. Donovan State Prison where Petitioner is confined. *See* https://www.cdcr.ca.gov/facility-locator/rjd/. Accordingly, the Court hereby *sua sponte* substitutes "Marcus Pollard" in place of "John Doe."

Petitioner was convicted in 2010 of battery involving gassing, a violation of California Penal Code § 243.9(a). (ECF No. 1 at 47.) Since then, he has filed several petitions in state court seeking to be resentenced under California Penal Code § 1170.126, all of which have been denied. (*Id.*) In his petition, he contends the denials violated his federal due process rights. (*Id.* at 13–32.)

## I. FAILURE TO SATISFY FILING FEE REQUIREMENT

Petitioner has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis. This Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis. *See* Rule 3(a), 28 U.S.C. foll. § 2254.

## II. CHALLENGE TO MORE THAN ONE STATE COURT JUDGMENT

Petitioner filed two petitions in state court challenging the denial of resentencing, and he appealed the denials of the petitions to the state appellate court and the state supreme court. (ECF No. 1 at 171-90.) It appears that Petitioner seeks to challenge both judgments in this single Petition, which he cannot do. "A Petitioner who seeks relief from judgments of more than one state court must file a separate petition covering the judgment or judgment of each court." Rule 2(e), 28 U.S.C. foll. § 2254.

## III. CONCLUSION

For the foregoing reasons, the Court **DISMISSES** this case without prejudice and with leave to amend. If Petitioner wishes to proceed with this case, he must submit, **no later than May 19, 2020**: (1) a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee; and (2) a First Amended Petition that cures the pleading deficiency outlined above. *The Clerk of Court is directed to send a blank In Forma Pauperis Application and a blank First Amended Petition form to Petitioner along with a copy of this Order.*

**IT IS SO ORDERED.**

**DATED: March 13, 2020**

Hon. Cynthia Bashant
United States District Judge

2

20cv0445 BAS (JLB)